UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

| | | |
|---|---|---|
| ELAINE WANG, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:23-cv-02717-ER |
| | : | |
| v. | : | |
| | : | |
| BROADMARK REALTY CAPITAL INC., JEFFREY B. PYATT, KEVIN M. LUEBBERS, STEPHEN G. HAGGERTY, DANIEL J. HIRSCH, DAVID A. KARP, NORMA J. LAWRENCE, and PINKIE D. MAYFIELD, | : : : : : | |
| | : | |
| Defendants. | : | |

--------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Elaine Wang hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: New York, New York
       June 1, 2023

                                                    **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

                            By:    /s/ Benjamin Y. Kaufman
                                   Benjamin Y. Kaufman
                                   270 Madison Avenue
                                   New York, New York 10016
                                   kaufman@whafh.com
                                   Tel: (212) 545-4600

                                   *Attorneys for Plaintiff Elaine Wang*

814405